IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

LORI DYER, on behalf of herself and all others similarly situated,

        Plaintiff,

vs.

BAY AREA CREDIT SERVICE, LLC,

        Defendant.

Case #. 1:17-CV-00762-PLM-PJG

**ORDER OF DISMISSAL**

The Court having reviewed the parties' Stipulation to Dismiss:

IT IS ORDERD that the parties' Joint Stipulation of Dismissal is GRANTED.

Plaintiff's individual claims against Defendant are DISMISSED WITH PREJUDICE, and the putative class claims against Defendant is DISMISSED WITHOUT PREJUDICE with each party to bear their own fees and costs.

Dated:   January 16, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge